# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBIN M. OSBORN, individually and as trustee of the Osborn Family Trust dated July 1, 20016, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19cv1705-LAB (AGH)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 19 and 22]** |

　　The Court construes Plaintiff's Notice of Voluntary Dismissal, Dkt. No. 19, together with Defendant Robin Osborn's Notice of Consent to Dismissal, Dkt. No. 22, as a joint motion to dismiss.[1] That motion is **GRANTED**.

　　Each of Plaintiff's claims in this action are hereby **DISMISSED** with prejudice.

　　**IT IS SO ORDERED**.

Dated: June 8, 2020

　　　　　　　　　　　　　　　　　　　　_/s/ Larry A. Burns_
　　　　　　　　　　　　　　　　　　　　**Hon. Larry Alan Burns**
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

---

[1] No other defendant responded to the Complaint, and so no other defendant need consent to dismissal of this action. *See* Fed. R. Civ. P. 41(a).